IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCIS C. MURILLO,<br><br>    Defendant. | 8:23CR62<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Thomas O. Campbell to withdraw as counsel for the defendant, Francis C. Murillo (Filing No. 82). Carlos A. Monzon has filed an entry of appearance as retained counsel for Francis C. Murillo. Therefore, Thomas O. Campbell's motion to withdraw (Filing No. 82) will be granted.

Thomas O. Campbell shall forthwith provide Carlos A. Monzon any discovery materials provided to the defendant by the government and any such other materials obtained by Thomas O. Campbell which are material to Francis C. Murillo's defense.

The clerk shall provide a copy of this order to Carlos A. Monzon.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge