**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR62** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **FRANCIS C. MURILLO, BRAYAN DE LA CRUZ CUAHUTZIHUA, and JESUS MANUEL SAUCEEDA PEREA,** | ) ) ) | **ORDER** |
| | | |
| **Defendants.** | | |

This matter is before the court on defendant Jesus Manuel Sauceeda Perea's Unopposed Motion to Continue Trial [94]. Counsel needs additional time to obtain a psychological evaluation of defendant. Carlos Monzon, attorney for Francis Murillo, does not oppose the motion. Deb Cunningham, attorney for Brayan De La Cruz Cuahutzihua, does not oppose the motion. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [94] is granted, as follows:

1. The jury trial, **for all defendants**, now set for November 27, 2023, is continued to **January 29, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 29, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  November 1, 2023.**

**BY THE COURT:**

**s/ Susan M. Bazis
United States Magistrate Judge**