IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:23CR62 |
| | ) | |
| vs. | ) | |
| | ) | |
| **FRANCIS C. MURILLO, BRAYAN DE LA CRUZ CUAHUTZIHUA, and JESUS MANUEL SAUCEEDA PEREA,** | ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | | |

This matter is before the court on defendant Brayan De La Cruz Cuahutzihua's Motion to Continue Trial [96]. Counsel needs additional time to conduct plea negotiations. The government and counsel for co-defendant Jesus Manuel Sauceeda Perea have no objection to the continuance. Counsel has been unable to contact Carlos Monzon, attorney for Francis Murillo. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [96] is granted, as follows:

1. The jury trial, **for all defendants**, now set for January 29, 2024, is continued to **March 25, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 25, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **March 23, 2024.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:** January 16, 2024.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**