# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR62 |
| | ) | |
| vs. | ) | |
| | ) | |
| **FRANCIS C. MURILLO, BRAYAN DE LA CRUZ CUAHUTZIHUA, and JESUS MANUEL SAUCEEDA PEREA,** | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | | |

This matter is before the court on defendant Jesus Manuel Sauceeda Perea's Unopposed Motion to Continue Trial [106]. Additional time is needed to determine the competency of the defendant. The government and counsel for co-defendant Brayan De La Cruz Cuahutzihua and Francis C. Murillo have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [106] is granted, as follows:

1. The jury trial, **for all defendants**, now set for March 25, 2024, is continued to **May 28, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 28, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: March 19, 2024.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge