IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FRANCIS C. MURILLO,<br>Defendant. | **8:23CR62**<br>**ORDER** |

On October 13, 2026 the court held a hearing on the motion of Carlos A. Monzon to withdraw as counsel for the defendant, Francis C. Murillo (Filing No. 325). Carlos A. Monzon represents that he has a conflict of interest in this matter. After inquiry of the Defendant and his counsel, the court granted Carlos A. Monzon's motion to withdraw (Filing No. 325). Attorney David V. Chipman is also withdrawn as counsel. The court further inquired as to Defendant's financial status. The court found that Defendant was indigent and appointed a CJA counsel to represent the Defendant.

Joseph S. Risko, 17525 Arbor Street, Omaha, NE 68130, (402) 850-4550, is appointed to represent Francis C. Murillo for the balance of these proceedings pursuant to the Criminal Justice Act. Carlos A. Monzon shall forthwith provide Joseph S. Risko any discovery materials provided to the defendant by the government and any such other materials obtained by Carlos A. Monzon which are material to Francis C. Murillo's defense.

The clerk shall provide a copy of this order to Joseph S. Risko and the defendant.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge